AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Janice Longenecker,
Plaintiff,

v.

Delray Capital, LLC, Cooper Financial, LLC, Mark Wendell Gray, Enhanced Acquisitions, LLC, Paul Edward Niedzialowski, Douglas J. MacKinnon, Midway Resolution Services, LLC, et al., Defendants.

Case No. 1:12-cv-1266
Hon. Robert Holmes Bell

TO: Cooper Financial, LLC
ADDRESS: c/o Mark Wendell Gray, Managing Member
150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503

TRACEY CORDES, CLERK OF COURT



12/10/14

By Deputy Clerk                                    Date

12/17 3:50p

---

## PROOF OF SERVICE

This summons for __Cooper Financial, LLC__ (name of individual and title, if any) was received by me on _____ (date)

[x] I personally served the summons on the individual at __MARK WENDELL GRAY__ (place where served) on __12/17/14 @ 3:50p__ (date)

[ ] I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

[ ] I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date)

[ ] I returned the summons unexecuted because _____

[ ] Other (specify) _____

My fees are $ __35.00__ for travel and $ __—__ for services, for a total of $ __35.00__

I declare under the penalty of perjury that this information is true.

Date: __12/09/14__

Additional information regarding attempted service, etc.:

BS
Bryan Wolf CPS 826
1701 NE 8th Av.
Ft Lauderdale, FL 33305